# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| REPSOL OIL & GAS USA, LLC, | : | No. 62 MAP 2024 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 613 |
| | : | MD 2022 dated July 23, 2024 |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA PUBLIC UTILITY | : | |
| COMMISSION, | : | |
| | : | |
| Appellee | : | |

## ORDER

**PER CURIAM**                                                  **DECIDED:  July 22, 2025**

    **AND NOW,** this 22nd day of July, 2025, the order of the Commonwealth Court is

**AFFIRMED**.